■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. ANTHONY, Appellant. [945 NYS2d 588]—Motion for writ

of error coram nobis denied. Present—Smith, J.P., Centra, Sconiers and Martoche, JJ.